252 So.2d 659

**Robert G. PETTRY**

v.

**STATE.**

**1 Div. 137.**

Court of Criminal Appeals of Alabama.

May 11, 1971.

Rehearing Denied June 1, 1971.

———◆———

Thomas M. Haas, and J. D. Quinlivan, Jr., Mobile, for appellant.

William J. Baxley, Atty. Gen., and Herbert H. Henry, Asst. Atty. Gen., for the State.

CATES, Judge.

Selling marijuana: sentence, five years.

The true bill omits the name of the buyer. Ground 5 of the defendant's demurrer raised this deficiency. Hence, the trial court erred in overruling the demurrer. Duin v. State, 693, 260 So.2d 599 (mss. Mar. 16, 1971).

In review of reversible error thus being shown, we have not examined any of the other points raised by appellant.

The judgment below is one to be reversed and the cause is remanded.

Reversed and remanded.